

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00281-CV

CALALA, L.L.C. AND DIGITAL                                                    APPELLANTS
HEALTH DIALOG, LLC

V.

PARADIGM ASSET SERVICES,                                                        APPELLEE
LLC

------------

## FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 141-280751-15

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). In accordance with the parties' agreement, costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: GABRIEL, SUDDERTH, and KERR, JJ.

DELIVERED: September 28, 2017

---

[1]*See* Tex. R. App. P. 47.4.